AO 91 (Rev. 11/11) Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT
04/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
04/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

United States of America

v.

OSCAR CISNEROS,

Defendant.

Case No. 8:22-mj-00310-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 25, 2022, in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from the custody of the United States |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

James T. Sangirardi, Senior Inspector, USMS
Printed name and title

Sworn to before me and signed in my presence.

Date: April 26, 2022

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Gregory Scally (714-338-3592)

**AFFIDAVIT**

I, James T. Sangirardi, being duly sworn, declare and state as follows:

## I.     INTRODUCTION

1.     I am a Senior Inspector with the United States Marshals Service (USMS), currently assigned to the Central District of California, and have served in this capacity since 2004.

## II.    PURPOSE OF AFFIDAVIT

2.     This affidavit is made in support of an application for an arrest warrant and a criminal complaint against Oscar CISNEROS for Violation of Title 18, United States Code, Section 751(a): Escape from the custody of the United States.

3.     The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III.   STATEMENT OF PROBABLE CAUSE

4.     On or about March 8, 2021, CISNEROS was sentenced in the United States District Court, Central District of California (Case No. 8:20-cr-00120-DOC) to 27 months' imprisonment, to be followed by 2 years of supervised release, following his conviction for violating Title 18 United States Code § 922(g)(1), and Title 18,

United States Code § 924(a)(2): Felon in Possession of a Firearm and Ammunition.

5. CISNEROS is described as a Hispanic male, United States Citizen, born on October 27, 1993, approximately 5 feet, 7 inches tall, weighing approximately 240 pounds, with black hair and brown eyes.

6. On or about December 17, 2021, CISNEROS was transferred from FCI - Victorville to the Garden Grove Residential Re-entry Center (RRC) and was scheduled to be released on July 21, 2022.

    a. On April 24, 2022 at approximately 9:05am, CISNEROS was approved to leave the RRC for a social pass with a return time of 9:00pm. At 9:01pm, inmate CISNEROS informed staff that his family would be dropping him off at the facility. At 11:01pm, inmate CISNEROS signed back in to the RRC.

    b. On April 25, 2022, at 1:02am, inmate CISNEROS threw up a peace sign to staff and proceeded to walk out of the Center. He did not make any comments on his way out of the gate.

    c. Inmate CISNEROS' whereabouts remain unknown.

    d. On April 25, 2022, at 9:05am, CISNEROS was placed on escape status.

7. On April 24, 2022, the USMS received Notice of Escaped Federal Prisoner from Brian Prasad, Bureau of Prisons Residential Re-Entry Specialist.

### IV. CONCLUSION

8. For all the reasons described above, there is probable cause to believe that Oscar CISNEROS violated Title 18, United

States Code, Section 751(a): Escape from the custody of the United States.

                                                /s/
                                        James T. Sangirardi
                                        Senior Inspector
                                        United States Marshals Service

Subscribed to and sworn before me
this 26th day of April 2022

    /s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE